UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| COLBY BLODGETT, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| Defendant | ) | |
| | ) | |

**COMPLAINT**

NOW COMES the Plaintiff, Colby Blodgett (hereinafter referred to as "Colby" and "Plaintiff"), by and through his attorneys, JABAR LALIBERTY, LLC, and complains against the Defendant, the United States of America, as follows:

**PARTIES**

1.      At all times relevant to this Complaint, Plaintiff, Colby Blodgett, has been a resident of Benton, County of Kennebec and State of Maine.

2.      The United States of America is the proper defendant in this case under the Federal Tort Claims Act, 28 U.S.C. §2671. Defendant operates the United States Postal Service ("USPS"), and this action alleges negligence committed by an employee of the USPS while in the course of her employment there.

**JURISDICTION AND VENUE**

3.      This action arises under the Federal Tort Claims Act, 28 U.S.C. §2671, et seq. This Court has jurisdiction of this matter under 28 U.S.C. § 1336.

4.      Plaintiff's attorney timely submitted an original Notice of Claim Form to the USPS on

November 11, 2021. That Form was subsequently modified several times as more information

about the claim became available. The most recent modified Notice of Claim form was received

by the USPS on September 29, 2023, more than six months ago. The USPS has not made a final

disposition of the claim. *28 U.S.C. § 2675.*

5.      Under 28 U.S.C. § 1402(b), this action may be prosecuted "in the judicial district where

the plaintiff resides or wherein the act or omission complained of occurred." Venue is proper in

the District of Maine because Plaintiff lives in Kennebec County, Maine and the negligent act

complained of occurred in Somerset County, Maine.

6.      Pursuant to Local Rule 3(b), this action has been properly filed in Bangor because the

negligent act complained of occurred in Somerset County, Maine.


## COMPLAINT FOR NEGLIGENCE


7.      On or about October 20, 2021, Plaintiff was operating a motor vehicle on or around

Western Avenue in Fairfield, Maine.

8.      At the same time, Amity Barnes, an employee of the USPS, was operating a USPS truck

on or around Western Avenue in Fairfield, Maine.

9.      Amity Barnes operated the USPS truck vehicle in a negligent manner, causing it to crash

into the vehicle Plaintiff was driving.

10.     As a result of  Amity Barnes  negligence, Plaintiff sustained injuries. His injuries have

caused him pain, lost wages, and have significantly reduced his quality of life.

11.     At the time of the crash, Amity Barnes was working in the course of her employment for

USPS, and thus Defendant is liable for her negligence.


        WHEREFORE, Plaintiff requests that this Court order Defendant to compensate Plaintiff

for all resulting damages in addition to costs associated with this action.


        Dated: 4/1/24

                                         /s/ Jason M. Jabar, Esquire
                                        _____
                                        Jason M. Jabar, Esquire - Bar #9154
                                        Attorney for the Plaintiff



**Jabar LaLiberty LLC**
One Center Street
Waterville, ME  04901
(207) 873-0781
jason@jabarlaliberty.com